452 A.2d 1012

**Noel Tancred ESCOFIL, Appellant**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Oct. 18, 1982.

Decided Dec. 10, 1982.

Noel Escofil, in pro per.

Robert Patrick Coyne, Deputy Atty. Gen., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed.  46 Pa.Cmwlth. 475, 406 A.2d 850.